IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMY HILL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 1:19CV983 |
| AQ TEXTILES LLC, et al., | ) |
| Defendants. | ) |

## ORDER

Pursuant to the Stipulation for Dismissal filed by Plaintiff Amy Hill and Defendant AQ Textiles LLC, and for good cause shown,

IT IS HEREBY ORDERED that all claims asserted in this action by Amy Hill against any and all of the Defendants are dismissed with prejudice. All parties on each side shall bear its, her or his own costs and attorneys' fees relating to Plaintiff Hill's claims.

IT IS FURTHER ORDERED that the other named Plaintiffs in this litigation are not affected by this stipulation in any manner and remain Plaintiffs herein.

This, the 10th day of February 2020.

/s/ Loretta C. Biggs
United States District Judge