UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00983-LCB-JLW

|  |  |  |
|---|---|---|
| DOMINIQUE MORRISON, SARA HAWES, CASSANDRA CHIARALUCE, and JONATHAN FONTAINE individually, and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | **JOINT MOTION TO STAY** |
| | ) | |
| v. | ) | |
| | ) | |
| AQ TEXTILES LLC and CREATIVE TEXTILE MILLS PVT. LTD., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs and Defendant AQ Textiles, LLC ("AQ"),[1] by and through counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1, jointly move the Court to extend all pending deadlines set by the Court's Order (ECF No. 52) approving the Parties' Joint Rule 26(f) Report (ECF No. 50) by ninety days. In support of this Motion, the Parties respectfully show the Court the following:

1.    This action is a putative class action alleging that certain bed sheets sold by AQ were mislabeled as to their thread count and that purchasers were harmed as a result;

2.    The bed sheets that are the subject of this action were sold by AQ to a number of different retailers including Macy's department stores and Macys.com;

_____

[1] This motion is filed on behalf of all active parties to this litigation. Defendant Creative Textile Mills Pvt. Ltd. has been dismissed from this case. (ECF No. 47).

3.     There are two actions pending in the United States District Court for the Southern District of Ohio that are related to this action: *Hawes v. Macy's Stores West Inc.*, No. 1:17-CV-754 (S.D. Ohio) and *Chiaraluce v. Macy's Inc.*, No. 2:20-CV-081 (S.D. Ohio), collectively ("Ohio actions"). The *Hawes* action was filed by Sara Hawes, one of the named plaintiffs here. The *Chiaraluce* action was filed by Cassandra Chiaraluce and Jonathan Fontaine, two of the named plaintiffs here. In the Ohio actions, the plaintiffs assert claims against entities that operate Macy's stores arising from the same sheet purchases at issue here.

4.     The parties in the Ohio actions have reached agreement on the material terms of a class action settlement, and they plan to submit a motion for preliminary approval in those actions as soon as practicable.

5.     If the settlement of the Ohio actions is approved, it would resolve the claims asserted in this action by three of the four named plaintiffs: Sara Hawes, Cassandra Chiaraluce, and Jonathan Fontaine. Further, it would release Defendant AQ for claims related to all sheets sold through Macy's department stores or macys.com.

6.     Thus, if the settlement of the Ohio actions is approved, it will substantially alter the size and scope of this instant action including the scope and nature of discovery.

7.     In an effort to preserve resources of the Court and the parties, the parties seek to stay the deadlines in this action to allow time for the approval process in the Ohio actions to be resolved.

8.  Specifically, the parties request that the Court modify the existing deadlines

as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Mediation deadline | 1/18/23 | 4/18/23 |
| Plaintiff expert report and disclosures due | 1/20/23 | 4/20/23 |
| Defendant expert report and disclosures due | 3/6/23 | 6/5/23 |
| Rebuttal reports due | 4/7/23 | 7/6/23 |
| Discovery deadline | 4/18/23 | 7/17/23 |
| Deadline for notice of intent to file dispositive motions | 5/2/23 | 7/1/23 |
| Dispositive motions due | 5/18/23 | 8/16/23 |
| Class certification motion due | 5/18/23 | 8/16/23 |

9.  Should the approval process in the Ohio actions take longer than expected,

the parties will inform the Court and, if necessary, seek to further extend the deadlines.

WHEREFORE, Plaintiff and Defendants pray that the Court stay the pending

deadlines for ninety days as set forward above.

Respectfully submitted, this the 29th day of November, 2022.

/s/    Kasi W. Robinson
Jennifer K. Van Zant
N.C. Bar No. 21280
Andrew Rodenbough
N.C. Bar No. 46364
Kasi W. Robinson
N.C. Bar No. 52439
**BROOKS, PIERCE, MCLENDON,**
 **HUMPHREY & LEONARD**
P.O. Box 26000

/s/    Scott C. Harris (with permission)
Scott C. Harris
N.C. Bar No. 35328
**MILBERG COLEMAN BRYSON**
 **PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone:  919-600-5000
Facsimile:   919-600-5035
sharris@milberg.com

3

Greensboro, NC 27420
Telephone:  336-373-8850
Facsimile:   336-378-1001
jvanzant@brookspierce.com
arodenbough@brookspierce.com
krobinson@brookspierce.com

*Attorneys for Defendant AQ Textiles, LLC*

Michael McShane
**AUDET & PARTNERS, LLP**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone:  415-568-2555
Facsimile:   415-568-2556
mmcshane@audetlaw.com

S. Clinton Woods
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

Charles Schaffer
**LEVIN SEDRAN & BERMAN**
510 Walnut St, Suite 500
Philadelphia, PA 19106
Telephone:  877-882-1011
Facsimile:   215-592-4663
cschaffer@lfsblaw.com

Stuart Cochran
**COCHRAN LAW PLLC**
8140 Walnut Hill Lane, Suite 250
Dallas, TX 75231
Telephone:  469-333-3405
Facsimile:   469-333-3406
stuart@scochranlaw.com

Drew Legando
**MERRIMAN LAW, LLC**
1360 W. 9th Street, Suite 200
Cleveland, Ohio 44113
Telephone:  216-820-9058
drew@merrimanlegal.com

*Attorneys for Plaintiffs*

4