| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:19-cv-00983-LCB-JLW |
|---|---|
| Name of Plaintiff(s):<br>Morrison, et al.<br>_____<br>**VERSUS**<br>Name of Defendant(s):<br>AQ Textiles, LLC, et al.<br>_____ | **REPORT<br>OF<br>MEDIATOR**<br><br>(*For Placement on the<br>CM/ECF Docket*) |
| Mediator Name: Donald H. Beskind | |
| Telephone No.: 919-613-7085 | ☐ This is an **Interim Report.** A final report is to be filed after resumption of the mediation |
| E-Mail Address: beskind@beskindlaw.com | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☒ was held on July 18, 2023 _____ (date)

   ☐ was NOT held because _____

2. **Attendance**
   ☒ No Objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☐ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (i.e., mediation to be resumed at a later date)
   ☒ Impasse
   ☐ Additional Information: _____

4. **Settlement Filings**
   a) The document(s) to be filed to effort the settlement are _____
   _____
   b) The person responsible for filing the document(s) is _____
   c) The agreed deadline for filing the document(s) is _____

   **Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

   **I have submitted this completed report with ten (10) days after conclusion of the conference.**

___Donald H. Beskind___ Digitally signed by Donald H. Beskind  Date: 2023.07.20 13:05:26 -04'00'   ___July 20, 2023___
Mediator Signature                                                                                                    Date