UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00983-LCB-JLW

| | |
|---|---|
| DOMINIQUE MORRISON, SARA HAWES, CASSANDRA CHIARALUCE, and JONATHAN FONTAINE individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AQ TEXTILES LLC and CREATIVE TEXTILE MILLS PVT. LTD.,<br><br>Defendants. | **JOINT STATUS REPORT** |

Pursuant to the Court's June 26, 2023; July 7, 2023; and August 15, 2023 Text Orders, the Parties jointly and respectfully provide the Court with the following update regarding the progress of the two related Ohio actions:

1. There are two actions pending in the United States District Court for the Southern District of Ohio that are related to this action: *Hawes v. Macy's Stores West Inc.*, No. 1:17-CV-754 (S.D. Ohio) and *Chiaraluce v. Macy's Inc.*, No. 2:20-CV-081 (S.D. Ohio), collectively ("Ohio actions"). In the Ohio actions, the plaintiffs assert claims against entities that operate Macy's stores arising from the same sheet purchases at issue in this litigation.

2. The parties in the Ohio actions reached agreement on the material terms of a class action settlement and on March 24, 2023 plaintiffs filed a motion for preliminary

approval. *Hawes*, No. 1:17-CV-754, ECF No. 143. On May 1, 2023, the *Hawes* Court granted the plaintiffs' motion for preliminary approval. *Id.*, ECF No. 144.

3. On August 4, 2023, plaintiffs filed a Motion for Attorneys' Fees and Expenses in connection with the proposed settlement of the Ohio actions. *Id.*, ECF No. 147.

4. On September 27, 2023, plaintiffs and Macy's each filed a Motion for Final Approval of Class Action Settlement in the Ohio actions. *Id.*, ECF Nos. 153, 155.

5. The Final Approval Hearing in the Ohio actions is set for October 20, 2023, *id.*, ECF No. 146, more than a month before the November 30, 2023 deadline set by this Court in its July 7, 2023 Text Order.

6. The Parties anticipate that the settlement in the Ohio actions will receive final approval at the October 20, 2023 hearing. Additionally, the Parties continue to believe that final resolution of the Ohio actions will streamline the issues presented in and facilitate resolution of this litigation, including by resolving the claims of three of the four named Plaintiffs in this action.

7. For these reasons, the Parties appreciate the Court's Order staying discovery in this case and continue to believe that it remains appropriate.

8. If the Court would find additional information helpful, the Parties are available at the Court's convenience for a telephonic status conference.

Respectfully submitted, this the 13th day of October, 2023.

/s/   Kasi W. Robinson
Jennifer K. Van Zant
N.C. Bar No. 21280
Andrew Rodenbough
N.C. Bar No. 46364
Kasi W. Robinson
N.C. Bar No. 52439
**BROOKS, PIERCE, MCLENDON,
 HUMPHREY & LEONARD**
P.O. Box 26000
Greensboro, NC 27420
Telephone:  336-373-8850
Facsimile:   336-378-1001
jvanzant@brookspierce.com
arodenbough@brookspierce.com
krobinson@brookspierce.com

*Attorneys for Defendant AQ Textiles, LLC*

/s/   Scott C. Harris (with permission)
Scott C. Harris
N.C. Bar No. 35328
**MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone:  919-600-5000
Facsimile:   919-600-5035
sharris@milberg.com

Michael McShane
**AUDET & PARTNERS, LLP**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone:  415-568-2555
Facsimile:   415-568-2556
mmcshane@audetlaw.com

S. Clinton Woods
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

Charles J. LaDuca
Brendan S. Thompson
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave, NW
Suite 200
Washington, D.C. 20016
Telephone: 202-789-3960
charles@cuneolaw.com
brendant@cuneolaw.com

Charles Schaffer
**LEVIN SEDRAN & BERMAN**
510 Walnut St, Suite 500
Philadelphia, PA 19106
Telephone:  877-882-1011
Facsimile:   215-592-4663

cschaffer@lfsblaw.com

Stuart Cochran
**COCHRAN LAW PLLC**
8140 Walnut Hill Lane, Suite 250
Dallas, TX 75231
Telephone: 469-333-3405
Facsimile: 469-333-3406
stuart@scochranlaw.com

Drew Legando
**MERRIMAN LAW, LLC**
1360 W. 9th Street, Suite 200
Cleveland, Ohio 44113
Telephone: 216-820-9058
drew@merrimanlegal.com

*Attorneys for Plaintiffs*

4